IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KERRY J. HALLSTROM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-cv-0107-MJR-SCW |
| | ) |
| DuQOIN COUNTY IIP, | ) |
| UNKNOWN PARTY, | ) |
| JASON HENTON, | ) |
| JOHN DOE 2ND SHIFT, | ) |
| and RYAN L. HAMMONDS, | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM AND ORDER
ADOPTING REPORT & RECOMMENDATION

**REAGAN, Chief Judge:**

On December 22, 2017, Magistrate Judge Stephen C. Williams held an evidentiary hearing on the Defendants' Motion for Summary Judgment regarding the Plaintiff's exhaustion of administrative remedies (Doc. 47). Plaintiff failed to appear at the hearing (*Id.*). Following the hearing, Magistrate Judge Williams prepared a Report and Recommendation (Doc. 48). Judge Williams recommends that the undersigned District Judge grant the Defendants' Motion in its entirety (*Id.*). The recommendation is based upon the lack of evidence that Plaintiff exhausted his grievance at the institutional level. Upon issuance of the Report and Recommendation, Magistrate Judge Williams informed the parties that they had 14 days to object to his recommendations. (*Id.* at 31). The 14-day deadline—January 22, 2018—came and went without any objections being filed.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 48). The Court finds that Magistrate Judge Williams's recommendations are sound, particularly in light of the detailed analysis of the evidence pertaining to exhaustion. All claims against all Defendants are **DISMISSED** with prejudice for failure to exhaust administrative remedies (Doc. 48). Because all claims against all defendants have been dismissed this case shall be closed.

**IT IS SO ORDERED.**

DATED: March 9, 2018

*s/ Michael J. Reagan*
Michael J. Reagan
United States District Judge